IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JASON CAVEZZA,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

Case No. 3:13 CV 0313-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on April 9, 2013. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error.

THEREFORE, IT IS HEREBY ORDERED that I adopt Magistrate Judge Coffin's Findings and Recommendation filed April 9, 2013 in its entirety.

Dated this ___16___ day of May, 2013.

Ann Aiken, United States District Judge